PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Kevin M Spradlin**                                                                     Case Number: **1:02CR20084**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
                                                              **Senior United States District Judge**

Date of Original Sentence: **November 14, 2002**

Original Offense: **Possession of Child Pornography, a Class D Felony**

Original Sentence: **5 years probation**

Type of Supervision: **Probation**                              Date Supervision Commenced: **November 14, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 No new law violation | On January 11, 2007, Mr. Spradlin was arrested on two counts Aggravated Vehicular Assault (Case No.: 07CRA1435 A & B). The case has a been continued until February 9, 2007 at 9:00 am. |

U.S. Probation Officer Action:

In this case, the Court was previously notified on April 28, 2005 requesting that Mr. Spradlin's conditions be modified for him to participate in a long-term residential program for substance abuse because of his use of drugs. He had also been charged with Driving under the Influence; however, this case was dismissed. As a result, the Court agreed with the modification and Mr. Spradlin completed long-term residential treatment at The Prospect House.

Since Mr. Spradlin's successful completion of treatment on January 13, 2006, he had been compliant. He had been participating in Alcoholics Anonymous/Narcotics Anonymous (AA/NA) meetings on a weekly basis. All urinalysis had also been negative, and it appeared that he was doing well.

However, on December 30, 2006, Mr. Spradlin was driving his vehicle along with his girlfriend, Angela Wagers who was the passenger. While driving the vehicle, Mr. Spradlin was involved in a car accident causing serious injury to Ms. Wagers. Officers arrived at the scene and found the defendant Mr. Spradlin, who admitted to drinking beer. He had bloodshot eyes and slurred speech. Mr. Spradlin suffered a broken collar bone and had facial lacerations. According to the police report, Mr. Spradlin was driving at a high rate of speed at the time of the car accident. The victim, Angela Wagers, has suffered life-threatening injuries including severe head trauma and a broken arm. At this time, she remains hospitalized. Both Mr. Spradlin and the victim were taken to the hospital at which time Mr. Spradlin was released.

PROB 12A  
(12/98)

2

On January 11, 2007, Mr. Spradlin arrived at the Hamilton County Justice Center and surrendered himself on these charges. He was charged with two counts of Aggravated Vehicular Assault and appeared in court the following day. The judge placed Mr. Spradlin on $10,000.00 secured bond and placed him on electronic monitoring. The case has been continued until February 9, 2007.

Based on the fact Mr. Spradlin is currently on home confinement through the Hamilton County Probation Department and that the case is still pending, it is recommended that the Court take notice, but that no action be taken at this time. This officer will continue to monitor the outcome of the pending case.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *(signature)* | by *(signature)* |
|  | Darla J. Huffman | John Cole |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date: **January 27, 2007** | Date: **January 27, 2007** |

[✓] I concur with the recommendation of the Probation Officer  
[ ] Submit a Request for Modifying the Condition or Term of Supervision  
[ ] Submit a Request for Warrant or Summons

*(signature)*  
Signature of Judicial Officer

2/6/07  
Date