PROB 12C
Rev 2/03

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Kevin M Spradlin**  Case Number: **CR-1-02-084**
1475 Foxwood Drive
Cincinnati, Ohio 45231

Name of Sentencing Judicial Officer: **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **November 14, 2002**

Original Offense: **Possession of Child Pornography which had been Transported in Interstate Commerce, a Class D Felony**

Original Sentence: **Five years probation, 180 days home confinement, a $600.00 fine, and a $110 special assessment**

Type of Supervision: **Probation**  Date Supervision Commenced: **November 14, 2002**

Assistant U.S. Attorney: **Robert A. Behlen, Jr., Esq.**  Defense Attorney: **Paul M. Laufman, Esq.**

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime. On December 30, 2006, Spradlin was charged in Hamilton County with Count 1: Aggravated Vehicular Assault, and Count 2: Vehicular Assault. On August 16, 2007, Spradlin appeared in Hamilton County Court of Common Pleas and pled guilty to Count 1: Aggravated Vehicular Assault. Count 2 was dismissed. His sentencing has been scheduled for September 26, 2007 at 9:00 A.M. |

U.S. Probation Officer Recommendation:

On January 27, 2007, this officer notified the Court stating that on December 30, 2006, Mr. Spradlin was driving his vehicle along with his girlfriend, Angela Wagers, who was the passenger. While driving the vehicle, Mr. Spradlin was involved in a car accident causing serious injury to Ms. Wagers. Officers arrived at the scene and found the defendant Mr. Spradlin, who admitted to drinking beer. He had bloodshot eyes and slurred speech. Mr. Spradlin suffered a broken collar bone and had facial lacerations. According to the police report, Mr. Spradlin was driving at a high rate of speed at the time of the car accident. The victim, Angela Wagers, suffered life-threatening injuries including severe head trauma, and a broken arm. Both Mr. Spradlin, and the victim were taken to the hospital.

On January 11, 2007, Spradlin surrendered himself to the Hamilton County Justice Center on these charges. The judge placed Spradlin on $10,000.00 secured bond and placed him on electronic monitoring. Spradlin was eventually taken off the electronic monitoring. On August 16, 2007, Spradlin appeared in Court and pled guilty to Count 1: Aggravated Vehicular Assault; Count 2 was dismissed. Spradlin is to appear in Court on September 26, 2007 for sentencing. This case carries a 1-5 year prison sentence.

Ms. Wagers was in the hospital and nursing home for several weeks, but is recovering slowly. Both Spradlin and Wagers are trying to reconcile their relationship, and they have a son together.

On January 11, 2007, Mr. Spradlin arrived at the Hamilton County Justice Center and surrendered himself on these charges. He was charged with Count One Aggravated Vehicular Assault and Count Two Vehicular Assault. The judge placed Mr. Spradlin on $10,000.00 secured bond and placed him on electronic monitoring. Spradlin was eventually taken off the electronic monitoring. On August 16, 2007, Spradlin appeared in Court and pled guilty to Count 1: Aggravated Vehicular Assault; Count 2 was dismissed. Spradlin is to appear in Court on September 26, 2007 for sentencing. This case carries a 1-5 year prison sentence.

Mr. Spradlin has continued to report to this officer since his arrest, and there have been no further problems with him. Mr. Spradlin is aware that revocation proceedings are being initiated. Spradlin's attorney, Mr. Laufman, is also aware and would like to proceed with the revocation hearing prior to Spradlin's sentencing which is scheduled on September 26, 2007.

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 30, 2007**

by

Darla J. Huffman
U.S. Probation Officer
Date:

Approved,

Robert C. Frommeyer, Jr.
Supervising U.S. Probation Officer
Date: **August 30, 2007**

THE COURT ORDERS:

[ ] No Action
[ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[✓] The Issuance of an Order to Appear and Show Cause
[ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[✓] Other _____

Signature of Judicial Officer

9/5/07
Date