UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                    Case No. __1:02cr084__
                       (Spiegel, J.; Hogan, MJ.)

KEVIN M. SPRADLIN,
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** _Julie Wolfer_
Date/Time: **September 12, 2007 at 1:30 PM**

United States Attorney: __Robert Behlen__   Defendant Attorney: __Paul Laufman__

*Initial Appearance Hearing on* [ ] Complaint; [ ] Indictment; [ ] Information; or [X] petition for probation / supervised release [ ] Rule 5(c)(3) out of _____; [ ] pretrial release violation
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[X] OR  $10,000 [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [ ] Indictment or [ ] Information:
Defendant waives reading of: [ ] Indict     [ ] Info    [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge __Spiegel__
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: _Gov't + ∆ agreed to setting this matter before J. Spiegel after ∆ is sentenced in his pending state court matter._