AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

<u>Southern</u> DISTRICT OF <u>Ohio (Western Division)</u>

UNITED STATES OF AMERICA

V.

Kevin Spradlin

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02cr84

I, <u>Kevin Spradlin</u>, charged in a (complaint) (petition) pending in this District with <u>supervised release violation</u> in violation of Title <u>18</u>, U.S.C., <u>3583</u>, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

9/12/07
Date

_____
Counsel for Defendant