AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                Case Number:   1:02-cr-00084

V.

KEVIN M. SPRADLIN            Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME |
| | OCTOBER 10, 2007 at 10:00 AM** |

**\*\*1.** This hearing is scheduled based on Defendant's current sentencing date of September 26, 2007 in his state court proceedings.  In the event that the sentencing in state court is continued, counsel for Defendant should contact chambers to reschedule this hearing.

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Robert Behlen, Jr., Esq.   Paul Laufman, Esq.   USMS   Probation   Pretrial Services

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.