≈AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | OHIO |

UNITED STATES OF AMERICA
V.

KEVIN M. SPRADLIN
1475 Foxwood Drive
Cincinnati, Ohio 45231

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   1:02-cr-00084

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| POTTER STEWART U.S. COURTHOUSE<br>100 EAST FIFTH STREET, CINCINNATI, OHIO | COURTROOM #5, ROOM 701 |
| Before: Honorable Timothy S. Hogan, United States Magistrate Judge | Date and Time<br>9/12/2007 1:30 pm |

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION).

_____     9/5/2007
Signature of Issuing Officer               Date

JAMES BONINI, CLERK, (BY Kevin Moser, Deputy)
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date: 9/07/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Residence listed on Summons

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  9/07/07
Date

James Wahlrab
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure