UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 1:02cr084 |
| | : | |
| v. | : | **PETITION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| | : | |
| KEVIN M. SPRADLIN | : | S.J. Spiegel |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The United States Attorney respectfully represents that **KEVIN M. SPRADLIN** (SSN: xxx-xx-4453; DOB: xx/xx/1978), defendant in this case, is detained in the custody of the Sheriff, Hamilton County Justice Center, Cincinnati, Ohio.

Petitioner further represents that the above-styled case has been set for a Supervised Release Violation Hearing before the Honorable S. Arthur Spiegel, Senior U.S. District Judge for the Southern District of Ohio.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio and/or to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable S. Arthur Spiegel, Room 842, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on the __10th__ day of **OCTOBER, 2007** at **10:00 A.M.** for the purpose of the proceeding stated above and retain him for forthcoming court proceedings until this case is concluded.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/ Robert A. Behlen, Jr.*
ROBERT A. BEHLEN, JR. (0010695)
Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax (513) 684-6385
Robert.Behlen@usdoj.gov