UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 1:02cr084 |
| | : | |
| v. | : | **WRIT OF HABEAS CORPUS** |
| | : | **AD PROSEQUENDUM** |
| KEVIN M. SPRADLIN | : | |
| | : | S.J. Spiegel |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To the Sheriff, Hamilton County Justice Center, Cincinnati, Ohio:

To the United States Marshal for the Southern District of Ohio:

To any other authorized law enforcement officer:

You are commanded to have the person of **KEVIN M. SPRADLIN** (SSN: xxx-xx-4453; DOB: xx/xx/1978), defendant in this case, detained in the custody of the Sheriff, Hamilton County Justice Center, Cincinnati, Ohio, conveyed under safe and secure conduct before the Honorable S. Arthur Spiegel, Senior U.S. District Judge for the Southern District of Ohio, Western Division, at the Potter Stewart U.S. Courthouse, Room 842, 100 E. Fifth Street, Cincinnati, Ohio, on the **10th** day of **OCTOBER, 2007 at 10:00 A.M.** for a Supervised Release Violation hearing.

I further command you that after the conclusion of this court proceeding, you retain him for forthcoming court proceedings until this case is concluded.

Certified copies of the Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

**SO ORDERED.**

**HONORABLE S. ARTHUR SPIEGEL**
**SENIOR U.S. DISTRICT JUDGE**