UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | U.S. Atty:   Robert Behlen, Esq. |
| | : | |
| v. | : | Case Number: **1:02-CR-00084** |
| | : | |
| KEVIN M. SPRADLIN | : | Deft Atty:   Paul Laufman, Esq. |

**CRIMINAL MINUTES: SUPERVISED RELEASE/PROBATION REVOCATION HEARING**

Defendant appeared with counsel.

Defendant __X__ ADMITS to violations of conditions of supervision; or

_____ was found in violation of conditions of supervision by the Court after denial of guilt

__X__ Supervised Release/<u>Probation</u> REVOKED by the Court. Defendant sentenced as follows:

__X__ JAIL: __14__ MONTHS

Conditions: __CONSECUTIVE TO ANY STATE SENTENCE TO BE SERVED.__

Recommendations: _____

_____ Closest appropriate facility to _____

__X__ <u>SUPERVISED RELEASE/PROBATION</u>: __3__ MONTHS/<u>YEARS</u>

Conditions:

_____ Defendant shall not commit another federal, state or local crime

__X__ Defendant shall not illegally possess a controlled substance

_____ Defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of placement on Supervised Release/Probation and at least two periodic drug tests thereafter, as directed by the Probation Officer

__X__ Defendant shall not possess a firearm, ammunition, or any other dangerous weapon

_____ Defendant shall cooperate in the collection of DNA, as directed by the Probation Officer

__X__ Defendant shall comply with the standard conditions that have been adopted by this Court

_____ As a condition, the defendant shall pay any unpaid monetary penalties

_____ Defendant is prohibited from opening any new lines of credit or from making purchases on any existing lines of credit until fine and/or restitution is paid in full.

_____ Defendant shall disclose financial information as requested by the Probation Officer

_____ Defendant shall undergo a substance abuse and/or mental health assessment and comply with with any recommended treatment

__X__ Other: __REQUIRED TO REGISTER AS A STATE SEX OFFENDER IN ANY STATE WHERE HE LIVES AND WORKS. DEFT SHALL PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AND ABSTAIN FROM USE OF ALCOHOL AND OTHER INTOXICANTS.__

Custodial Status: __X__ Remanded to Custody    Voluntary Surrender to designated facility no later than:

_____ at 12:00 Noon

Judge: **S. Arthur Spiegel**                    Courtroom Deputy: Kevin Moser

Date: October 10, 2007                            Court Reporter: Jodie Perkins (Official)

Time Start: __10:35 AM__    Time Stop: __11:00 AM__